**Richard A. WILLIAMSON, ON BEHALF OF and as Trustee for AT HOME BONDHOLDERS' LIQUIDATING TRUST, Plaintiff-Appellant**

v.

**CITRIX SYSTEMS, INC., Microsoft Corporation, Webex Communications, Inc., Cisco Webex, LLC, Cisco Systems, Inc., GetGo, Inc., Defendants-Appellees**

Adobe Systems, Inc., International
Business Machines Corporation,
Defendants

2016-1714

United States Court of Appeals,
Federal Circuit.

April 7, 2017

BRETT JOHNSTON WILLIAMSON, O'Melveny & Myers LLP, Newport Beach, CA, argued for plaintiff-appellant. Also represented by TIM D. BYRON, San Francisco, Ca; BRIAN T. BAGLEY, SCOTT DION MARRS, WILLIAM C. NORVELL, JR., Akerman LLP, Houston, TX.

JONATHAN J. LAMBERSON, Fish & Richardson, PC, Redwood City, CA, argued for all defendants-appellees. Defendants-appellees Citrix Systems, Inc., Microsoft Corporation, GetGo, Inc. also represented by FRANK SCHERKENBACH, KURT LOUIS GLITZENSTEIN, Boston, MA; CRAIG E. COUNTRYMAN, San Diego, CA; INDRANIL MUKERJI, Washington, DC. Defendant-appellee Microsoft Corporation also represented by ISABELLA FU, Microsoft Corporation, Redmond, WA.

HAROLD BARZA, Quinn Emanuel Urquhart & Sullivan, LLP, Los Angeles, CA, for defendant-appellees Webex Communications, Inc., Cisco Webex, LLC, Cisco Systems, Inc. Also represented by TIGRAN GULEDJIAN, JORDAN BROCK KAERICHER, VALERIE RODDY.

(Moore, Linn, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**